UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KASEY HOFFMAN,

        Plaintiff,

     v.

TOM BOSENKO, et al.,

        Defendants.

No. 2:16-cv-0756 DB P

ORDER TO SHOW CAUSE

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges correctional officers at the Shasta County Jail interfered with his access to the courts by blocking civil lawsuits. (ECF No. 1.)

On September 26, 2017 the court screened plaintiff's complaint, dismissed the complaint, and directed plaintiff to file an amended complaint within thirty days. (ECF No. 8.) Plaintiff was warned that failure to file an amended complaint might result in a recommendation that this action be dismissed. Plaintiff moved for (ECF No. 11) and was granted (ECF No. 12) an additional thirty days to file an amended complaint. Those thirty days have passed and plaintiff has failed to notify the court that he is dismissing this action, file an amended complaint, or otherwise respond to the court's orders.

////

////

////

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall either dismiss this action or file an amended complaint. If he fails to do so, the court will recommend that this action be dismissed for plaintiff's failure to comply with court orders. See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

Dated: February 7, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/Orders/Prisoner-Civil Rights/hoff0756.osc