UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY HOFFMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>TOM BOSENKO, et al.,<br><br>  Defendants. | No. 2:16-cv-0756 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges correctional officers at the Shasta County Jail interfered with his access to the courts by blocking civil lawsuits. (ECF No. 1.)

On February 8, 2018 the court ordered plaintiff to show cause why this action should not be dismissed for failure to file an amended complaint. (ECF No. 13.) Plaintiff responded by requesting a thirty-day extension of time to file an amended complaint. (ECF No. 14.) The court granted the extension and warned plaintiff that failure to file an amended complaint may result in a recommendation that this action be dismissed. (ECF No. 15.)

Plaintiff has now filed a second response to the order to show cause. (ECF No. 16.) Plaintiff stated his records reflect that he filed an amended complaint in October and he did not know why the court did not receive the amended complaint. Plaintiff requested an additional thirty days to file an amended complaint.

////

1 | The court will grant plaintiff one final extension of time to file an amended complaint.
2 | However, plaintiff is warned that failure to file an amended complaint within thirty days of the
3 | date of this order will result in a recommendation that this action be dismissed.
4 | Accordingly, IT IS HEREBY ORDERED that plaintiff shall file an amended complaint
5 | within thirty days of the date of this order. No further extensions of time will be granted absent a
6 | showing of extraordinary circumstances.

Dated: March 22, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/Orders/Prisoner-Civil Rights/hoff0756.eot