UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KASEY HOFFMAN,

    Plaintiff,

v.

TOM BOSENKO, et al.,

    Defendants.

No. 2:16-cv-0756 DB P

ORDER

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges correctional officers at the Shasta County Jail interfered with his access to the courts by blocking civil lawsuits. (ECF No. 1.)

By order dated November 26, 2018, plaintiff's complaint was screened and dismissed for failure to state a claim. (ECF No. 20.) Plaintiff was directed to file an amended complaint within thirty days and warned that failure to file an amended complaint would result in a recommendation that this action be dismissed. Thereafter, plaintiff failed to file an amended complaint and the court directed him to file an amended complaint or notice of dismissal within fourteen days. (ECF No. 21.) Plaintiff responded with a request for a sixty-day extension of time in which to file an amended complaint. (ECF No. 22.) The court granted the request, but warned plaintiff that further extensions of time would not be granted absent a showing of extraordinary circumstances (ECF No. 23).

////

Since submitting his request, plaintiff has not filed an amended complaint, requested additional time to file an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall either dismiss this action or file an amended complaint. If he fails to do so the court will recommend that this action be dismissed for plaintiff's failure to comply with court orders and failure to prosecute. <u>See</u> E.D. Cal. R. 110; E.D. Cal. R. 183(b); Fed. R. Civ. P. 41.

DATED: April 29, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/Orders/Prisoner-Civil Rights/hoff0756.osc(3)