UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY HOFFMAN,<br><br>    Plaintiff,<br><br>v.<br><br>TOM BOSENKO, et al.,<br><br>    Defendants. | No. 2:16-cv-0756 DB P<br><br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges correctional officers at the Shasta County Jail interfered with his access to the courts by blocking civil lawsuits. (ECF No. 1.)

By order dated November 27, 2018, plaintiff's amended complaint was dismissed, and thirty days leave to file an amended complaint was granted. (ECF No. 20.) Thereafter, plaintiff requested and was granted a sixty-day extension of time. (ECF No. 22, 23.) On April 29, 2019 the court directed plaintiff to file an amended complaint within fourteen days and warned him that failure to file an amended complaint would result in a recommendation that this action be dismissed. (ECF No. 24.) Those fourteen days have now passed, and plaintiff has not filed an amended complaint, updated his address,[1] or otherwise responded to the court's order.

---

[1] Plaintiff has not updated his address in this action. However, plaintiff's filings in other civil actions in this district and a search of plaintiff's present housing status via the California Department of Corrections and Rehabilitation Inmate Locator website, http://www.inmatelocator.cdcr.ca.gov, show that plaintiff is currently housed at the California

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a district judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 28, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/Orders/Prisoner-Civil Rights/hoff0756.fsc

---

Correctional Institution.

2